# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Wardlaw Transportation, LLC and Hector Velis

**DEFENDANTS**

Bridgestone Americas Tire Operations, LLC; Bridgestone Americas, Inc.; and Southern Tire Mart, LLC

**(b)** County of Residence of First Listed Plaintiff    Baylor County, Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Davidson County, TN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

See Attached Sheet.

Attorneys (If Known)

See Attached Sheet.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☒ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110   Insurance
- ☐ 120   Marine
- ☐ 130   Miller Act
- ☐ 140   Negotiable Instrument
- ☐ 150   Recovery of Overpayment & Enforcement of Judgment
- ☐ 151   Medicare Act
- ☐ 152   Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153   Recovery of Overpayment of Veteran's Benefits
- ☐ 160   Stockholders' Suits
- ☐ 190   Other Contract
- ☐ 195   Contract Product Liability
- ☐ 196   Franchise

### REAL PROPERTY
- ☐ 201   Land Condemnation
- ☐ 220   Foreclosure
- ☐ 230   Rent Lease & Ejectment
- ☐ 240   Torts to Land
- ☐ 245   Tort Product Liability
- ☐ 290   All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310   Airplane
- ☐ 315   Airplane Product Liability
- ☐ 320   Assault, Libel & Slander
- ☐ 330   Federal Employers' Liability
- ☐ 340   Marine
- ☐ 345   Marine Product Liability
- ☐ 350   Motor Vehicle
- ☐ 355   Motor Vehicle Product Liability
- ☐ 360   Other Personal Injury

**PERSONAL INJURY**
- ☐ 362   Personal Injury – Med. Malpractice
- ☒ 365   Personal Injury – Product Liability
- ☐ 368   Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370   Other Fraud
- ☐ 371   Truth in Lending
- ☐ 380   Other Personal Property Damage
- ☐ 385   Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441   Voting
- ☐ 442   Employment
- ☐ 443   Housing/ Accommodations
- ☐ 444   Welfare
- ☐ 445   Amer. w/Disabilities – Employment
- ☐ 446   Amer. w/Disabilities – Other
- ☐ 440   Other Civil Rights

### PRISONER PETITIONS
- ☐ 510   Motions to Vacate Sentence

**Habeas Corpus**
- ☐ 530   General
- ☐ 535   Death Penalty
- ☐ 540   Mandamus & Other
- ☐ 550   Civil Rights
- ☐ 555   Prison Condition

### FORFEITURE/PENALTY
- ☐ 610   Agriculture
- ☐ 620   Other Food & Drug
- ☐ 625   Drug Related Seizure of Property 21 USC 881
- ☐ 630   Liquor Laws
- ☐ 640   R.R. & Truck
- ☐ 650   Airline Regs.
- ☐ 660   Occupational Safety/Health
- ☐ 690   Other

### LABOR
- ☐ 710   Fair Labor Standards Act
- ☐ 720   Labor/Mgmt. Relations
- ☐ 730   Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740   Railway Labor Act
- ☐ 790   Other Labor Litigation
- ☐ 791   Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422   Appeal 28 USC 158
- ☐ 423   Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820   Copyrights
- ☐ 830   Patent
- ☐ 840   Trademark

### SOCIAL SECURITY
- ☐ 861   HIA (1395ff)
- ☐ 862   Black Lung (923)
- ☐ 863   DIWC/DIWW (405(g))
- ☐ 864   SSID Title XVI
- ☐ 865   RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870   Taxes (U.S. Plaintiff or Defendant)
- ☐ 871   IRS – Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400   State Reapportionment
- ☐ 410   Antitrust
- ☐ 430   Banks and Banking
- ☐ 450   Commerce
- ☐ 460   Deportation
- ☐ 470   Racketeer Influenced and Corrupt Organizations
- ☐ 480   Consumer Credit
- ☐ 490   Cable/Sat TV
- ☐ 810   Selective Service
- ☐ 850   Securities/Commodities/ Exchange
- ☐ 875   Customer Challenge 12 USC 3410
- ☐ 890   Other Statutory Actions
- ☐ 891   Agricultural Acts
- ☐ 892   Economic Stabilization Act
- ☐ 893   Environmental Matters
- ☐ 894   Energy Allocation Act
- ☐ 895   Freedom of Information Act
- ☐ 900   Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950   Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1   Original Proceeding
- ☒ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from another district (specify)
- ☐ 6   Multidistrict Litigation
- ☐ 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**)

DIVERSITY JURISDICTION [28 U.S.C. 1332(A)]

Brief description of cause:  Plaintiffs allege causes of action against Defendants based on claims of strict liability and negligence.  Plaintiffs contend that alleged design and manufacturing defects in the subject tire and alleged improper selection of the tire caused the subject crash and property damage and personal injuries to Plaintiffs.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $
TYPE DEMAND

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

TYPE RELATED CASE OR N/A                     JUDGE: _____     DOCKET NUMBER: _____

DATE                                         SIGNATURE OF ATTORNEY OF RECORD

AUGUST 28, 2020                              /S/ SCOTT G. EDWARDS

**FOR OFFICE USE ONLY**

RECEIPT# _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. JUDGE _____