# ATTACHMENT TO CIVIL COVER SHEET

**1.(c) Attorney's (Firm Name, Address and Telephone Number)**

<u>**Attorneys for Plaintiffs Wardlaw Transportation, LLC and Hector Velis**</u>**:**

**JOANNA LIPPMAN SALINAS**
State Bar No. 00791122
joanna.salinas@fletcherfarley.com
**DERRECK M. BROWN**
State Bar No. 24012343
derreck.brown@fletcherfarley.com
**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746
(512) 476-5300
(512) 476-5771 Fax


<u>**Attorneys for Defendants Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC**</u>**:**

**SCOTT G. EDWARDS**
State Bar No. 06461480
e-mail: sedwards@hartlinebarger.com
**COLIN L. POWELL**
State Bar No. 24092984
e-mail: cpowell@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas  75231
(214) 369-2100 (Main)
(214) 346-3729 (Edwards Direct Dial)
(214) 267-4229 (Edwards Direct Fax)
(214) 346-3790 (Powell Direct Dial)
(214) 267-4290 (Powell Direct Fax)
(214) 369-2118 (Main Fax)

**Attorneys for Defendant Southern Tire Mart, LLC:**

**JEFFREY W. RYAN**
State Bar No. 17469600
jryan@cr.law
**WILLIAM H. CHAMBLEE**
State Bar No. 04086100
wchamblee@cr.law
**CHAMBLEE RYAN, P.C.**
2777 Stemmons Freeway, Suite 1257
Dallas, Texas 75207
(214) 905-2003
(214) 905-1213 Fax